UNITED STATES DISTRICT COURT
EASTERN DISTRICT of TENNESSEE
at CHATTANOOGA

IN THE MATTER OF THE SEIZURE OF:

Funds up to the amount of $399,925.68 in account number 1000193109351 at SunTrust Bank, account name Fatima Sadruddin;

Funds up to the amount of $397,000.00 in account number 1000184878758 at SunTrust Bank, account name Fatima Sadruddin;

Funds up to the amount of $18,600.00 in account number 1000225674083 at SunTrust Bank, account name Fatima Sadruddin "Grocery";

A white 2017 Ford F-150 pickup truck, VIN 1FTEW1EG1HFB85829;

Funds up to the amount of $302,000.00 in account number 7201420655 at Wells Fargo Bank, account name Service At Convenience LLC;

Funds up to the amount of $439,838.00 in the account of Karim or Rehana K. Sadruddin at Fifth Third Bank, account number 7900817623;

Funds up to the amount of $243,918.50 in the account of Karim or Rehana K. Sadruddin at Fifth Third Bank, account number 9931415625; and

Funds up to the amount of $431,390.13 in the account of Rehana K. Sadruddin at Fifth Third Bank, account number 9931926407.

Case Nos. 1:19-MJ-30
1:19-MJ-31
1:19-MJ-32
1:19-MJ-33
1:19-MJ-34
1:19-MJ-35
1:19-MJ-36
1:19-MJ-37

Magistrate Judge Lee

Filed Under Seal

## ORDER

Based on the Affidavit in Support of Application of David Kukura, Special Agent, Federal Bureau of Investigation, the Court finds for purposes of issuance of the above-referenced preindictment or information seizure warrants "that there is probable cause to believe the property seized would, in the event of [indictment/information and] conviction, be subject to forfeiture and

that an order under [21 U.S.C. § 853(e)] may not be sufficient to assure the availability of property for forfeiture . . . ." 21 U.S.C. § 853(f). *See generally, e.g., United states v. Weichman*, No. 2:14-cr-93, 2016 WL 5929254, at *2 (N.D. Ind. Oct. 12, 2016); *United States v. Wiese*, No. 09-20414, 2012 WL 43369, at *2 (E.D. Mich. Jan. 9, 2012); *United States v. Dupree*, 781 F. Supp. 2d 115, 133 (E.D.N.Y. 2011).

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

2